**Dismissed and Memorandum Opinion filed August 5, 2021.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-21-00126-CR

## EX PARTE DORIAN CHRISTOPHER  LUGO

**On Appeal from the 506th Judicial District Court
Waller County, Texas
Trial Court Cause No. 20-10-17466**

## MEMORANDUM  OPINION

On March 3, 2021, appellant filed an appeal from the trial court's denial of his application for a writ of habeas corpus. On June 22, 2021, this court ordered a hearing to determine why appellant's counsel has not filed a brief in this appeal. On July 14, 2021, a supplemental clerk's record with the findings of facts and conclusions of law and the reporter's record of a hearing held on July 2, 2021, was filed in this court. The trial court's findings and the hearing record reflect that appellant no longer wishes to pursue his appeal.

Appellant has not filed a written motion to withdraw the appeal or a written motion to dismiss the appeal. *See* Tex. R. App. P. 42.2(a). However, based upon the testimony at the hearing that appellant does not want to continue his appeal, we conclude that good cause exists to suspend the operation of Rule 42.2(a) in this case. *See* Tex. R. App. P. 2.

Accordingly, we dismiss the appeal.

Per Curiam

Panel consists of Chief Justice Christopher and Justices Zimmerer and Hassan.
Do Not Publish — Tex. R. App. P. 47.2(b).